NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL W. STEWART,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7117

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3079.

---

**ON MOTION**

---

**O R D E R**

Carl W. Stewart has filed a "Rule 27 motion to FRAP. & Fed. Cir. Rule 2 Suspension of the Rules Good Cause of Misstatements & the Material omitted from The record dispute of Docket entries." Stewart has not shown good cause to suspend the Federal Rules of Appellate Procedure. *See* Fed. R. App. P. 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.


FOR THE COURT


JUL 16 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk


cc:  Carl W. Stewart
     Austin Fulk, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK